```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARY BLACKMON, et al.,        )
                              )
    Plaintiffs,               )
                              )         CIVIL ACTION NO.
    v.                        )         2:02cv178-MHT
                              )              (WO)
H&R BLOCK, INC., et. al.      )
                              )
    Defendants.               )
```

## JUDGMENT

This matter is before the court on the parties' joint stipulation of dismissal. (Doc. No. 32). The Court, having considered the joint stipulation, finds that dismissal is warranted.

Accordingly, it is ORDERED, ADJUDGED and DECREED that all counts and claims of the complaint are dismissed with prejudice as to the plaintiffs listed on Exhibit A, and without prejudice as to the plaintiffs listed on Exhibit B, with the parties to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 21st day of November, 2007.**

         <u>/s/ Myron H. Thompson</u>
      **UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

Johnson, Charelene D.
DeVose, Billy
Forte, Larry
Glenn, Tangela D.
Thomas, Cresha D.
Thomas, Evelyn P.
Blackmon, Mary G.
Crews, Letitia A.
Davis, Susie
Downie, Grace
Hill, Eyvonne
Gordy, Jean Ingram
Paige, Yvonne
Dumas, Sandra E.
Morris, Mary A.
Davis, Willie B.
Jett, Willie J.
Jackson, Jeffery
McQueen, Lisa
Carruthers, Dorothy
Fountain, Michael
Ruffin, Blenda D.
Jones, Tonya A.

**EXHIBIT B**

**Brown, Carl T.**
**Butler, Vincent**
**Callaway, Margaret**
**Crews, Curtis**
**Cunningham, Janice**
**Erkins, Jessie**
**Harris, Jeanette**
**Hayward, Otis G.**
**Johnson, Gloria A.**
**Kelly, Michael D.**
**Kinsey, Dorothy**
**Lee, Willie B.**
**McCoy, Latanya S.**
**McCray, Donald**
**McCray, Johnnie R.**
**Paige, Denise**
**Turner, Theresa L.**
**Williams, Winnifer**
**Williams, Eugene**